UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| MARY METZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendants. | Case No. 25-cv-01422-NW<br><br>**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |
|---|---|

The court reviewed the parties' Joint Case Management Statement and issues this case-management and pretrial order.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>☐ Court-sponsored mediation<br>☐ Court-sponsored ENE<br>☐ Mag. Judge Settlement Conf.<br>☒ Private mediation<br>☐ Private arbitration<br>☐ Other: | July 18, 2025 |
| Close of Fact Discovery | August 8, 2025 |
| Opening Expert Reports | September 5, 2025 |
| Rebuttal Expert Reports | October 3, 2025 |

| | |
|---|---|
| Close of Expert Discovery | October 24, 2025 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: November 14, 2025<br>**Responses**: November 28, 2025<br>**Replies**: December 5, 2025 |
| Hearing on Dispositive and *Daubert* Motions | January 7, 2026, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | February 25, 2026 |
| Final Pretrial Conference | March 11, 2026, at 2:00 p.m. |
| Trial | March 23, 2026, at 9:00 a.m. |
| Length of trial | 3 days |

**IT IS SO ORDERED.**

Dated: May 12, 2025

_____
Noël Wise
United States District Judge